IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROSE M. BYRD,

                      Plaintiff,                      ORDER

     v.

                                                   13-cv-714-jdp

WISCONSIN DEPARTMENT OF
VETERANS AFFAIRS,

                      Defendant.

---

Plaintiff Rose Byrd has moved to amend the briefing schedule for defendant Wisconsin Department of Verterans Affairs's motion for summary judgment. Plaintiff also seeks to compel answers to her interrogatories and requests for documents, which she contends defendant has wrongfully withheld. Plaintiff asserts that these discovery issues leave her unable to timely oppose summary judgment. Defendant has filed a discovery related motion of its own, seeking dismissal pursuant to Federal Rule of Civil Procedure 37. To avoid any further delay in this case, the court will set the following briefing schedules for these motions. It is unlikely that the court will extended the deadlines or briefing schedule for dispositive motions, and the parties should be prepared to complete briefing on defendant's motion on the current schedule.

    IT IS ORDERED that:

For plaintiff's motion to compel and to amend the briefing schedule, Dkt. 64:

- Defendant's opposition is due February 3, 2015.
- The due date for plaintiff's reply is STRICKEN.
- The court expects to rule on this motion promptly after it receives defendant's response, and it will request further information as necessary.

For defendant's motion to dismiss, Dkt. 68:

- Plaintiff's opposition is due February 26, 2015.
- Defendant's reply is due March 9, 2015.

- The court expects to rule on this motion and defendant's motion for summary judgment at the same time. Accordingly, the parties should address this motion in their briefs on defendant's motion for summary judgment.

Entered January 27, 2015.

                        BY THE COURT:

                        /s/
                        _____
                        JAMES D. PETERSON
                        District Judge