IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROSE M. BYRD,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

  v.                                             Case No. 13-cv-714-jdp

WISCONSIN DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant.

      This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wisconsin Department of Veterans Affairs dismissing, with prejudice, this case.

| | |
|---|---|
| /s/ | May 29, 2015 |
| Peter Oppeneer, Clerk of Court | Date |